IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANG CHANTHAVONG,<br><br>        Plaintiff,<br><br>    v.<br><br>AURORA LOAN SERVICES, INC., a Delaware Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS); CALIFORNIA WESTERN RECONVEYANCE CORPORATION. a California Corporation, and DOES 1-100, inclusive,<br><br>        Defendants.<br>_____ | 2:10-cv-02269-GEB-JFM<br><br>ORDER OF DISMISSAL |

        Plaintiff was required to respond to an Order filed on January 25, 2011, by either filing proof that Defendant California Western Reconveyance Corporation was served with process or a document showing good cause for Plaintiff's failure to serve this Defendant within the 120-day period prescribed in the Federal Rule of Civil Procedure 4(m). (ECF No. 14.) This filing was due no later than 4:00 p.m. on February 4, 2011. Id. The January 25, 2011 Order warned Plaintiff that failure to make the required showing by the deadline would result in Defendant California Western Reconveyance Corporation being dismissed from this action.

1        Plaintiff failed to respond to the January 25, 2011 Order by
2   this deadline. Therefore, Defendant California Western Reconveyance
3   Corporation is dismissed from this action without prejudice.
4        IT IS SO ORDERED.
5   Dated:  February 22, 2011

            _____
            GARLAND E. BURRELL, JR.
            United States District Judge