IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANG CHANTHAVONG,  )<br>                             )<br>            Plaintiff,   )<br>                             )<br>       v.                   )<br>                             )<br>AURORA LOAN SERVICES, INC., a  )<br>Delaware Corporation; MORTGAGE )<br>ELECTRONIC REGISTRATION SYSTEMS, )<br>INC. (MERS); CALIFORNIA WESTERN )<br>RECONVEYANCE CORPORATION. a  )<br>California Corporation, and DOES )<br>1-100, inclusive,            )<br>                             )<br>            Defendants.  )<br>_____) | 2:10-cv-02269-GEB-JFM<br><br>ORDER IMPOSING SANCTIONS AND<br>CONTINUING STATUS CONFERENCE |

        An Order to Show Cause ("OSC") issued on January 25, 2011, directing Plaintiff to explain why sanctions should not be imposed since he failed to file a timely status report. (ECF No. 14.) Because of this failure, a previously scheduled status conference was continued to February 28, 2011, and the parties were required to file a joint status report no later than fourteen (14) days prior to the rescheduled status conference. Id. Plaintiff failed to respond to the OSC, and again failed to file a status report.

        Since Plaintiff's counsel failed to respond to the OSC and has twice failed to file a timely status report, **Paul R. Bartleson and/or the Law Offices of Paul R. Bartleson are sanctioned four hundred dollars ($400.00).** This sanction shall be paid to the Clerk of this

1

Court no later than 4:00 p.m. on February 28, 2011, by a check made payable to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment. This sanction is personal to counsel or his law firm and shall not be transmitted to counsel's clients.

Further, since the status of this case has not yet been determined, the status conference scheduled for February 28, 2011, is continued to March 28, 2011, at 9:00 a.m.  A joint status report shall be filed no later than fourteen (14) days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  February 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2